IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRANDON WEASELBOY, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____) | Cause No. CR-25-118-GF-BMM <br><br><br><br> **ORDER DENYING MOTION** <br> **FOR FURLOUGH** |

Defendant, Brandon Weaselboy, through his counsel of record, Elizabeth T. Musick, moved this Court to release him from custody on a temporary furlough to attend his brother's funeral in Box Elder, Montana. (Doc. 34.) The Government objects to the Defendant's request to be furloughed. Accordingly, IT IS HEREBY ORDERED that Defendant Brandon Weaselboy's motion for a temporary furlough is DENIED.

DATED this 10th day of December 2025.

_____
Brian Morris, Chief District Judge
United States District Courts