IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON LEE WEASELBOY,<br><br>Defendant. | CR 25-118-GF-BMM<br><br>ORDER |

The United States of America has filed an unopposed motion for an order allowing the victim's family members to appear remotely by video at the February 18, 2026, detention hearing. (Doc. 45). Accordingly,

IT IS ORDERED that the motion (Doc. 45) is GRANTED. The victim's family members are permitted to appear remotely during the February 18, 2026, detention hearing. The government will contact the Clerk of Court's office for the Zoom link.

DATED this 17th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1